UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA, <br><br> Plaintiff, <br><br> v. <br><br> DELUXE GARAGE DOOR, INC., <br><br> Defendants. | Case No. 2:16-cv-07368-JAK-KS <br><br> **DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT DELUXE GARAGE DOOR, INC.** <br><br> ==JS-6== |

The Court having reviewed the pleadings on file, and it appearing that

(1) Defendant Deluxe Garage Doors, Inc. ("Deluxe"), a California corporation having been properly served with process failed to appear and answer plaintiff Export Development Canada's ("EDC") complaint;

(2) EDC's request for entry of default against Deluxe was entered by the Clerk of the Court on December 22, 2016;

(3) EDC having proved its prima facie case for breach of contract against

Ethos; and

    (4)   Good cause appearing, it is hereby therefore,

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Export Development Canada and against defendant Deluxe Garage Doors, Inc., a California corporation; and it is further

**ORDERED, ADJUDGED AND DECREED** that plaintiff Export Development Canada is awarded general monetary damages of $204,493.41 and pre-judgment interest of $33,618.00 against defendant Deluxe Garage Doors, Inc., a California corporation. Plaintiff may apply to the clerk to tax costs against defendant in accordance with Fed. R. Civ. P. 54(d) and Local Rule 54-2.

**IT IS SO ORDERED.**

Dated: May 3, 2017

_____
Honorable John A. Kronstadt
United States District Judge